```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                    CORPUS CHRISTI DIVISION
```

|  |  |  |
|---|---|---|
| ARNULFO CANTU, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. C-05-4 |
| GOODYEAR TIRE & RUBBER CO., | § § § | |
| Defendant. | § | |

### ORDER DENYING MOTION TO ALLOW SHARING

On this day came on to be considered Plaintiffs' Motion to Allow Sharing of Defendant's Responses to Discovery ("Motion to Allow Sharing"), filed July 15, 2005, where movants requested access to all trade secret documents produced by Goodyear in the above-styled case. As stated in this Court's Protective Order, dated March 7, 2005, any Plaintiff in a tread separation case against Defendant Goodyear may, upon motion, seek sharing of Goodyear's trade secret documents produced in this case in accordance with the requirements of the Texas Rules of Evidence. Movants are plaintiffs in a tread separation litigation currently pending against Goodyear in the 63rd Judicial District, Val Verde County, Texas, No. 24678. However, as this Court has not yet required Goodyear to produce trade secret documents, it is impossible to analyze whether Movants are entitled to the documents

under the Texas Rules of Evidence.  Plaintiff's Motion to Allow Sharing is, therefore, DENIED WITHOUT PREJUDICE to reassert.

SIGNED and ENTERED this 2nd day of September, 2005.

_____
Janis Graham Jack
United States District Judge