IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARNULFO CANTU, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. C-05-4 |
| GOODYEAR TIRE & RUBBER CO., | § § § | |
| Defendant. | § | |

## ORDER DENYING DEFENDANT'S MOTION
## FOR EXTENSION OF TIME

On this day came on to be considered Defendant's Opposed Motion for Extension of Time to File Dispositive Motions. Defendant's motion is DENIED.

SIGNED and ENTERED this 17th day of October, 2005.

_____

Janis Graham Jack
United States District Judge