```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                  CORPUS CHRISTI DIVISION
```

```
ARNULFO CANTU,                    §
                                  §
     Plaintiff,                   §
                                  §
vs.                               §   Civil Action No. C-05-4
                                  §
GOODYEAR TIRE & RUBBER CO.,       §
                                  §
     Defendant.                   §
```

## ORDER ADDRESSING DISCOVERY ISSUES

On December 6, 2005, the Court conducted a telephone conference in the above-styled action. For the reasons set forth at the conference, the Court ORDERS as follows:

1. Plaintiff will make his designated experts Mr. Steve Irwin and Ms. Ann Jaime available to Defendant for deposition by Friday, December 16, 2005. The Court will not allow Mr. Irwin and Ms. Jaime to testify at trial if they are not made available for deposition by the aforementioned date.

2. If Plaintiff designates an expert on the issue of contaminant, he will make the expert available to Defendant for deposition before Tuesday, December 20, 2005. Three business days after Plaintiff designates his expert, Defendant will designate its responsive expert.

3. After Plaintiff examines documents made available pursuant to the Court's December 5, 2005 Order on Discovery of Certain Documents, Plaintiff may file a motion with the Court for

permission to redepose witnesses who were not allowed to testify to the documents at the deposition.

SIGNED and ENTERED on the 6th day of December, 2005.

_____
Janis Graham Jack
United States District Judge